M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com
JOHN C. POST (SB# 233236) johnpost@paulhastings.com
LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., and GEORGE THOMPSON

JOHN F. HYLAND (SB# 178875) johnhyland@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94105
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Defendant
VICTOR NEALS

KATHLEEN McCORMAC (SB#159012) kmccormac@mccormaclaw.com
SETH MERRICK (SB# 231607) smerrick@mccormaclaw.com
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733

Attorneys for Plaintiff
ANEDTRIA LOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEDTRIA LOGAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE CO., GEORGE THOMPSON, VICTOR NEALS, and DOES 1-10, inclusive,<br><br>        Defendant(s). | CASE NO. C07-04181 JSW<br><br>**STIPULATION TO EXTEND TIME FOR PRIVATE MEDIATION AND [PROPOSED] ORDER** |

Pursuant to Northern District of California Local Rule 6-1(b), Plaintiff Anedtria Logan and Defendants United Parcel Service, Inc. (incorrectly sued as United Parcel Service Co.), George Thompson, and Victor Neals hereby stipulate to extend the deadline for private mediation from March 17, 2008, to April 22, 2008.

DATED: Feb 1, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Laura Scher
LAURA B. SCHER
Attorneys for Defendants UNITED PARCEL SERVICE and GEORGE THOMPSON

DATED: _____, 2008

RUKIN HYLAND DORIA & TINDALL LLP

By: _____
JOHN F. HYLAND
Attorneys for Defendant VICTOR NEALS

DATED: _____, 2008

McCORMAC & ASSOCIATES

By: _____
SETH R. MERRICK
Attorneys for Plaintiff ANEDTRIA LOGAN

Pursuant to Northern District of California Local Rule 6-1(b), Plaintiff Anedtria Logan and Defendants United Parcel Service, Inc. (incorrectly sued as United Parcel Service Co.), George Thompson, and Victor Neals hereby stipulate to extend the deadline for private mediation from March 17, 2008, to April 22, 2008.

DATED: _____, 2008     PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____
　　　　LAURA B. SCHER
Attorneys for Defendants UNITED PARCEL SERVICE
and GEORGE THOMPSON

DATED: 2-1, 2008     RUKIN HYLAND DORIA & TINDALL LLP


By: /s/ John F. Hyland
　　　　JOHN F. HYLAND
Attorneys for Defendant VICTOR NEALS

DATED: _____, 2008     McCORMAC & ASSOCIATES


By:_____
　　　　SETH R. MERRICK
Attorneys for Plaintiff ANEDTRIA LOGAN

---

Case No. C07-04181 JSW

STIP. TO EXTEND TIME FOR PRIVATE
MEDIATION AND [PROPOSED] ORDER

1  Pursuant to Northern District of California Local Rule 6-1(b), Plaintiff Anedtria Logan
2  and Defendants United Parcel Service, Inc. (incorrectly sued as United Parcel Service Co.),
3  George Thompson, and Victor Neals hereby stipulate to extend the deadline for private mediation
4  from March 17, 2008, to April 22, 2008.

6
7  DATED: _____, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

9                                    By:_____
                                          LAURA B. SCHER
10                                   Attorneys for Defendants UNITED PARCEL SERVICE
                                     and GEORGE THOMPSON

11 DATED: _____, 2008          RUKIN HYLAND DORIA & TINDALL LLP

13                                    By:_____
14                                          JOHN F. HYLAND
                                     Attorneys for Defendant VICTOR NEALS

15 DATED: February 1, 2008          McCORMAC & ASSOCIATES

17                                    By:_____
18                                          SETH R. MERRICK
                                     Attorneys for Plaintiff ANEDTRIA LOGAN

Case No. C07-04181 JSW                                STIP. TO EXTEND TIME FOR PRIVATE
                                                      MEDIATION AND [PROPOSED] ORDER

PAGE 3/5 * RCVD AT 2/1/2008 2:03:46 PM [Pacific Standard Time] * SVR:SFORF1/4 * DNIS:9998 * CSID:4153991733 * DURATION (mm-ss):01-26

# DECLARATION OF LAURA B. SCHER

I, Laura B. Scher, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendants United Parcel Service, Inc., and George Thompson. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. There is good cause to extend the time for the private mediation deadline from March 17, 2008, to April 22, 2008, because the first available date for the all parties to participate in a mediation is April 22, 2008. The parties have scheduled a private mediation with Harris Weinberg for April 22, 2008.

3. The parties do not request that the modification of this Court's deadline to complete private mediation alter the remaining trial schedule for the case.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this ___ day of February, 2008, at San Francisco, California.

LAURA B. SCHER

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 4, 2008

_____
HON. JEFFREY S. WHITE

LEGAL_US_W # 58082867.2

Case No. C07-04181 JSW

[PROPOSED] ORDER EXTENDING TIME FOR PRIVATE MEDIATION