John F. Hyland (State Bar No. 178875)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Email: johnhyland@rhdtlaw.com


Attorneys for Defendant
VICTOR NEALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANEDTRIA LOGAN,<br><br>PLAINTIFF,<br><br>vs.<br><br>UNITED PARCEL SERVICE CO.,<br>GEORGE THOMPSON, VICTOR<br>NEALS, and DOES 1 through 10<br>inclusive,<br><br>DEFENDANT (S). | **CASE NO.: C 07-04181 (JSW)**<br><br><br>**[PROPOSED] ORDER APPROVING<br>SUBSTITUTION OF COUNSEL** |

The Court, having considered Defendant Victor Neal's request to substitute Rukin

Hyland Doria & Tindall LLP for Paul, Hastings, Janofsky & Walker LLP as his counsel of record

in this matter, hereby GRANTS Defendant Neal's request.

IT IS SO ORDERED.

Dated: February 4, 2008 _____

The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA