| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com |
|   | KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com |
| 2 | JOHN C. POST (SB# 233236) johnpost@paulhastings.com |
|   | LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA 94105-3441 |
| 5 | Telephone: (415) 856-7000 |
|   | Facsimile: (415) 856-7100 |

Attorneys for Defendants
UNITED PARCEL SERVICE, INC. and GEORGE THOMPSON

KATHLEEN A. McCORMAC (SB# 159012) kmccormac@mccormaclaw.com
SETH R. MERRICK (SB# 231607) smerrick@mccormaclaw.com
MCCORMAC & ASSOCIATES
655 Montgomery Street
Suite 1200
San Francisco, CA 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733

Attorneys for Plaintiff ANEDTRIA LOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANEDTRIA LOGAN, | CASE NO. C07-04181 JSW |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| UNITED PARCEL SERVICE CO., GEORGE THOMPSON, VICTOR NEALS, and DOES 1-10, inclusive, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties hereto, though their respective counsel, that Plaintiff Anedtria Logan shall dismiss, and hereby does dismiss, all claims against defendant GEORGE THOMPSON with prejudice pursuant to Federal Rules of Civil Procedure 41(a) with each side to bear its own costs and attorneys' fees.

DATED: March 7, 2008     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *Laura Sch[signature]*
LAURA B. SCHER

Attorneys for Defendants
UNITED PARCEL SERVICE, INC. and GEORGE THOMPSON

DATED: March ___, 2008     MCCORMAC & ASSOCIATES

By: _____
SETH MERRICK
Attorneys for Plaintiff
ANEDTRIA LOGAN

### [PROPOSED] ORDER

WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), IT IS SO ORDERED that all claims against defendant GEORGE THOMPSON are dismissed with prejudice with each side to bear its own costs and attorneys' fees.

DATED: March ___, 2008

_____
THE HONORABLE JEFFREY S. WHYTE

LEGAL_US_W # 58340898.1

1         IT IS HEREBY STIPULATED by and between the parties hereto, though their
2   respective counsel, that Plaintiff Anedtria Logan shall dismiss, and hereby does dismiss, all
3   claims against defendant GEORGE THOMPSON with prejudice pursuant to Federal Rules of
4   Civil Procedure 41(a) with each side to bear its own costs and attorneys' fees.

DATED: March ___, 2008            PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        LAURA B. SCHER

Attorneys for Defendants
UNITED PARCEL SERVICE, INC. and GEORGE THOMPSON

DATED: March 6, 2008              MCCORMAC & ASSOCIATES

By: _____
        SETH MERRICK

Attorneys for Plaintiff
ANEDTRIA LOGAN

### [PROPOSED] ORDER

      WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), IT IS SO ORDERED that all claims against defendant GEORGE THOMPSON are dismissed with prejudice with each side to bear its own costs and attorneys' fees.

DATED: March 7, 2008

_____
THE HONORABLE JEFFREY S. WHYTE
WHITE

LEGAL_US_W # 58340898.1

---

Case No. C07-04181 JSW         -1-         STIPULATION OF DISMISSAL AND [PROPOSED] ORDER