1  John F. Hyland (Cal. Bar No. 178875) johnhyland@rhdtlaw.com
   RUKIN HYLAND DORIA & TINDALL LLP
2  100 Pine Street, Suite 725
   San Francisco, CA 94111
3  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
4
   Attorneys for Defendant VIC NEALS
5
   Kathleen A. McCormac (Cal. Bar No. 159012) kmccormac@mccormaclaw.com
6  Seth R. Merrick (Cal. Bar No. 231607) smerrick@mccormaclaw.com
   MCCORMAC & ASSOCIATES
7  655 Montgomery Street, Suite 1200
   San Francisco, CA 94111
8  Telephone: (415) 399-1722
   Facsimile: (415) 399-1733
9
   Attorneys for Plaintiff ANEDTRIA LOGAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANEDTRIA LOGAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE CO., GEORGE THOMPSON, VICTOR NEALS, and DOES 1-10, inclusive,<br><br>        Defendant(s). | CASE NO. C07-04181 JSW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Case No. C07-04181 JSW                                  STIPULATION OF DISMISSAL AND
                                                        [PROPOSED] ORDER

1     IT IS HEREBY STIPULATED by and between the parties hereto, though their
2 respective counsel, that Plaintiff Anedtria Logan shall dismiss, and hereby does dismiss, all
3 claims against defendant VIC NEALS with prejudice pursuant to Federal Rules of Civil
4 Procedure 41(a) with each side to bear its own costs and attorneys' fees.

DATED: March 10, 2008     RUKIN HYLAND DORIA & TINDALL LLP

By: _____
    JOHN F. HYLAND

Attorneys for Defendant
VIC NEALS

DATED: March 7, 2008     MCCORMAC & ASSOCIATES

By: _____
    SETH MERRICK

Attorneys for Plaintiff
ANEDTRIA LOGAN

### ~~[PROPOSED]~~ ORDER

    WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), IT IS SO ORDERED that all claims against defendant VIC NEALS are dismissed with prejudice with each side to bear its own costs and attorneys' fees.

DATED: March 11, 2008

_____
THE HONORABLE JEFFREY S. WHYTE

Case No. C07-04181 JSW     STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER