1  M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
   KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com
2  JOHN C. POST (SB# 233236) johnpost@paulhastings.com
   LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
5  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
6
   Attorneys for Defendant
7  UNITED PARCEL SERVICE, INC.

8  KATHLEEN A. McCORMAC (SB# 159012) kmccormac@mccormaclaw.com
   SETH R. MERRICK (SB# 231607) smerrick@mccormaclaw.com
9  MCCORMAC & ASSOCIATES
   655 Montgomery Street
10 Suite 1200
   San Francisco, CA 94111
11 Telephone: (415) 399-1722
   Facsimile: (415) 399-1733
12
   Attorneys for Plaintiff ANEDTRIA LOGAN
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18 | ANEDTRIA LOGAN,                         | CASE NO. C07-04181 JSW
19 |         Plaintiff,                      | **STIPULATION OF DISMISSAL AND** [PROPOSED] **ORDER**
20 |    vs.                                  |
21 | UNITED PARCEL SERVICE CO.,              |
   | GEORGE THOMPSON, VICTOR                 |
22 | NEALS, and DOES 1-10, inclusive,        |
23 |         Defendant(s).                   |

---

Case No. C07-04181 JSW                                STIPULATION OF DISMISSAL AND
                                                              [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED by and between the parties hereto, though their
2  respective counsel, that Plaintiff Anedtria Logan shall dismiss, and hereby does dismiss, all
3  claims against defendant UNITED PARCEL SERVICE, INC., with prejudice pursuant to Federal
4  Rules of Civil Procedure 41(a) with each side to bear its own costs and attorneys' fees.

DATED: March 31, 2008         PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Laura Sch
LAURA B. SCHER

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: March 31, 2008         MCCORMAC & ASSOCIATES

By: /s/
SETH MERRICK
Attorneys for Plaintiff
ANEDTRIA LOGAN

### [PROPOSED] ORDER

WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), IT IS SO ORDERED that all claims against defendant UNITED PARCEL SERVICE, INC., are dismissed with prejudice with each side to bear its own costs and attorneys' fees.

DATED: April 10, 2008

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE

LEGAL_US_W # 58575688.1

Case No. C07-04181 JSW         -1-         STIPULATION OF DISMISSAL AND [PROPOSED] ORDER